IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Center for Special Needs Trust Administration, Inc., | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | Case No. 1:09-cv-072 |
| Carol Olson, in her official capacity as Executive Director of the North Dakota Department of Human Services, | ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) ) | **ORDER FOR SETTLEMENT CONFERENCE** |
| State of North Dakota ex rel. Carol K. Olson, Executive Director, North Dakota Department of Human Services, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No.: 1:09-cv-077 |
| The Center for Special Needs Trust Administration, Inc., and Damian J. Huettl, | ) ) ) ) | |
| Defendants. | ) | |

The court conducted a status conference with the parties on October 14, 2010. Pursuant to its discussion with the parties, the court shall conduct a telephonic settlement conference in the above-entitled actions on November 4, 2010, beginning at 9:00 a.m. CDT. The court shall initiate the conference call. Prior to the conference the parties should provide the court with telephone numbers at which they can be reached.

**IT IS SO ORDERED.**

Dated this 14th day of October, 2010.

>  */s/ Charles S. Miller, Jr.*
>  Charles S. Miller, Jr.
>  United States Magistrate Judge